# United States Bankruptcy Court
## Southern District of Florida

In re   Pap Oil Group, Inc.                                                                 Case No.   0:24-bk-11581
                                    Debtor(s)                                               Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Pap Oil Group, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

March 5, 2024
Date

Nicholas Rossoletti 0051466
Signature of Attorney or Litigant
Counsel for  Pap Oil Group, Inc.
Ron S. Bilu PA
2760 West Atlantic Blvd
Pompano Beach, FL 33069
Fax:
rbilu@bilulaw.com