**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

                                        Case No. 24-11581-PDR

PAP OIL GROUP, INC.                    Chapter 11

        Debtor.

_____/

### FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE

Pursuant to Local Rule 3022-1(A), the undersigned files this Final Report and Motion for Final Decree and represents:

1. The plan of reorganization in this case was confirmed on July 22, 2024. The plan provided for a 100% dividend to unsecured creditors.

2. The deposit required by the plan has been distributed and all matters to be completed upon the effective date of the confirmed plan have been fulfilled or completed.

3. There are no longer any pending adversary proceedings or contested matters which would affect the substantial consummation of this case and the debtor, if an individual, has filed the Local Form "Notice of Deadline to Object to Debtor's Statement Re: 11 U.S.C. §522(q)(1) Applicability, Payment of Domestic Support Obligations, and [For Chapter 11 Cases Only] Applicability of Financial Management Course and Statement Regarding Eligibility to Receive a Discharge".

4. All administrative claims and expenses have been paid in full, or appropriate arrangements have been made for the full payment thereof. A summary of fees and expenses is as follows:

$11,835.00 Trustee Compensation (If trustee received compensation under more than one chapter)

| $_____ | $11,835.00 | $_____ | $_____ |
| Ch. 7 | Ch. 9 or 11 | Ch. 12 | Ch. 13 |

$0.00 _____ Fee for Attorney for Trustee

$36,991.00 Fee for Attorney for Debtor

$975.00 U.S. Trustee (fees required by 28 U.S.C. §1930)

$1,717.00 Clerk of Court (fees required by 28 U.S.C. §1930)

$21,096.50 Other Professionals

$2,099.69 ALL expenses, including Trustee's

    5. Attached as Exhibit A is a distribution report detailing the payments made under the plan on the effective date.

    The undersigned respectfully requests that this court enter a final decree and close this fully administered case.

    I certify that a copy of this report and attachments was mailed to the U.S. Trustee's office on September 23, 2024.

Respectfully Submitted,

*/s/ Nicholas G. Rossoletti*_____

NICHOLAS G. ROSSOLETTI

Florida Bar No. 0051466

**BILU LAW, P.A.**

2760 W ATLANTIC BLVD

POMPANO BEACH, FL  33069

Telephone: (954) 596-0669

Fax: (954) 427-1518

nrossoletti@bilulaw.com

**EXHIBIT A**

CASE NAME: <u>Pap Oil Group, Inc.</u>

CASE NUMBER: <u>24-11581-PDR</u>

The following payments have been made pursuant to the plan of reorganization:

LIST ALL PAYMENTS MADE ON OR BEFORE THE EFFECTIVE DATE OF THE PLAN, OR IF INDIVIDUAL CHAPTER 11, ALL PAYMENTS MADE UNDER THE PLAN. SEPARATE CLAIMANTS BY CLASSIFICATION UNDER THE PLAN AND PROVIDE A TOTAL FOR EACH CLASSIFICATION.  LIST THE NAME OF EACH RECIPIENT, AMOUNT OF THE ALLOWED CLAIM AND THE AMOUNT THAT WAS PAID (USE CONTINUATION PAGE IF NECESSARY).

| RECIPIENT | ALLOWED AMOUNT OF CLAIM | DIVIDEND PAID |
|---|---|---|
| Internal Revenue Service | $ 500.00 | $500.00 |
| Laguna & Associados | $109,735.56 | $2,300.00 |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

|  | $ | $ |
|--|---|---|
|  |   |   |