UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

In re: | Case No. 24-11581-PDR

PAP OIL GROUP, INC.,

Debtor.

_____/

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Aleida Martínez-Molina*, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00. A plan was confirmed on July 23, 2024. No plan payments were made to the trustee. According to the debtor, the plan was substantially consummated and, pursuant to 11 U.S.C. § 330(a), on July 22, 2024 the Court ordered compensation of $11,835.00 be awarded to the trustee. These funds were paid by the debtor to the trustee on August of 2024. I hereby certify that my administration of the estate of the above-named debtor has been completed. I request that I be discharged from any further duties as trustee.

Date: February 17, 2025    By: */s/ Aleida Martinez-Molina*
                               Aleida Martinez-Molina, Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(V)-NDR D**